UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>JEAN CARMONA,<br><br>Defendant. | **ORDER**<br><br>22 Cr. 355 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        Robert Goltzer, counsel for the Defendant, has filed an <u>ex parte</u> application to be relieved as counsel for medical reasons. There will be a conference in this matter on **August 23, 2023 at 10:00 a.m.** in Courtroom 705 of Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  August 21, 2023
         New York, New York

SO ORDERED.

*Paul S. Gardephe*
Paul G. Gardephe
United States District Judge