

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 22, 2023

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    ***United States v. Jean Carmona,* 22 Cr. 355 (PGG)**

Dear Judge Gardephe:

     The Government is in receipt of the Court's order scheduling a conference in the above captioned matter at 10:00am on Wednesday August 23, 2023. The Government unfortunately is not available on August 23, 2023, and the Marshals generally have difficulty accommodating requests to produce defendants without at least 24 hours' notice. If the Court is amenable, the Government is available on August 24, 2023 from 10-12 or after 2pm, August 28, 2023 after 10:30am, August 29, 2023 after 2pm, or August 31, 2023 before 4pm. The Government will coordinate with the Marshals to make sure that the defendant is timely produced.

     Respectfully submitted,

     DAMIAN WILLIAMS
     United States Attorney for
     the Southern District of New York

     By: _____/s/ Mathew Andrews_____
     Mathew Andrews
     Assistant United States Attorney
     (212) 637-6526

**MEMO ENDORSED:** The hearing is adjourned to August 28, 2023 at 11:00 a.m.

SO ORDERED.

*[signature: Paul G. Gardephe]*
_____
Paul G. Gardephe
United States District Judge
Date: August 22, 2023