UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JEAN CARMONA,

Defendant.

**ORDER**

22 Cr. 355 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed in open court, Robert Goltzer's motion to withdraw as Defendant Jean Carmona's counsel is granted, and Jacob Kaplan is appointed to represent the Defendant pursuant to the Criminal Justice Act.

Dated: September 6, 2023
       New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge