UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>JEAN CARMONA,<br><br>                    Defendant. | **ORDER**<br><br>22 Cr. 355 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this action previously scheduled for November 15, 2023, is adjourned to **January 16, 2024, at 12:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the United States of America, by and through Assistant United States Mathew Andrews, and with the consent of Jean Carmona, it is hereby ORDERED that the time from November 15, 2023, through January 16, 2024, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the parties to continue their discussions concerning a possible pretrial disposition.

Dated: November 13, 2023
       New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge